PROB 12C
(6/16)

Report Date: November 16, 2018

## United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2018

SEAN F. McAVOY, CLERK

Name of Offender: Christopher Albert Brotherton        Case Number: 0980 2:12CR06036-EFS-1

Address of Offender:              Walla Walla, Washington 99362

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 26, 2013

Original Offense:     Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:    Prison - 92 months; TSR - 48 months       Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Aine Ahmed         Date Supervision Commenced: August 13, 2018

Defense Attorney:     Beth Bollinger      Date Supervision Expires: August 12, 2022

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Mr. Brotherton is considered to be in violation of his term of supervised release by failing to contact his supervising United States Probation Officer as directed on November 8, 2018.

Mr. Brotherton's conditions were reviewed with him on August 23, 2018. He signed his conditions forms, acknowledging an understanding of his conditions which include standard condition number 2, as noted above.

The last contact with Mr. Brotherton occurred by phone on November 7, 2018. During this conversation, Mr. Brotherton was directed to contact his supervising officer, by phone, daily, as he had admitted to using a controlled substance and being in between residences. Mr. Brotherton has failed to contact the undersigned officer as directed.

2 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Brotherton, Christopher Albert**
**November 16, 2018**
**Page 2**

**Supporting Evidence**: Mr. Brotherton is considered to be in violation of his term of supervised release by failing to contact Serenity Point Counseling Services as directed for urinalysis testing.

Mr. Brotherton's conditions were reviewed with him on August 23, 2018. He signed his conditions forms, acknowledging an understanding of his conditions, which include special condition number 17, as noted above.

Per Mr. Brotherton's above referenced condition of supervised release, he was referred to random urinalysis testing at Serenity Point Counseling Services. He was directed to contact Serenity Point by phone daily and to report for testing when Serenity Point advised him to do so.

On November 14, 2018, the undersigned officer contacted Serenity Point and was informed Mr. Brotherton failed to contact their agency for urinalysis testing October 5 through October 19, 2018; October 23 through November 2, 2018; and November 6 through November 14, 2018. This is in violation of his conditions of urinalysis testing.

3   **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Brotherton is considered to be in violation of his term of supervised release by using methamphetamine on or about October 22, 2018.

Mr. Brotherton's conditions were reviewed with him on August 23, 2018. He signed his conditions forms, acknowledging an understanding of his conditions, which include special condition number 17, as noted above.

Mr. Brotherton contacted the undersigned officer on October 31, 2018, by telephone. He admitted to relapsing and using methamphetamine on or about October 22, 2018, and admitted not calling Serenity Point for urinalysis testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/16/2018

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Brotherton, Christopher Albert**
**November 16, 2018**
**Page 3**

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*

Signature of Judicial Officer

November 19, 2018

Date