PROB 12C  
(6/16)

Report Date: October 29, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 04, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Albert Brotherton        Case Number: 0980 2:12CR06036-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 26, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 10, 2019) | Prison - 2 months<br>TSR - 46 months | |
| Revocation Sentence:<br>(July 30, 2019) | Prison - Time Served<br>TSR - 42 months | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: July 31, 2019 |
| Defense Attorney: | Alex B. Hernandez III | Date Supervision Expires: January 30, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/21/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to report to Pioneer Human Services for urinalysis testing on October 21, 2020.<br><br>On September 27, 2019, the offender's conditions were reviewed and he signed said conditions acknowledging he understood his requirements. Specifically, he was made aware by the probation officer that he must submit to urinalysis and sweat patch testing, as directed by his supervising officer. |

Prob12C
Re: Brotherton, Christopher Albert
October 29, 2020
Page 2

On October 22, 2020, the probation officer received notification from Pioneer Human Services indicating the offender failed to report for urinalysis testing on October 21, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 29, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

November 4, 2020

Date