PROB 12C
(6/16)

Report Date: November 5, 2020

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Albert Brotherton    Case Number: 0980 2:12CR06036-EFS-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 26, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 10, 2019) | Prison - 2 months<br>TSR - 46 months | |
| Revocation Sentence:<br>(July 30, 2019) | Prison - Time Served<br>TSR - 42 months | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: July 31, 2019 |
| Defense Attorney: | Alex B. Hernandez III | Date Supervision Expires: January 30, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/21/2020, and 10/29/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
5 | **Mandatory Condition #1**: The defendant shall not commit another Federal, state, or local crime.
 | **Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of third degree driving while license suspended.
 | On September 27, 2019, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging he understood his requirements.  Specifically, he was made aware by the supervising officer that he shall not commit another federal, state, or local crime.

Prob12C
**Re: Brotherton, Christopher Albert**
**November 5, 2020**
**Page 2**

On October 23, 2020, the offender was cited by Washington State Patrol for third degree driving while license suspended, case number XZ0790815, and failure to transfer title within 45 days, case number XZ0790814. He is scheduled to appear in the Ritzville District Court on December 1, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 5, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Edward F. Shea

Signature of Judicial Officer

November 5, 2020

Date