PROB 12C
(6/16)

Report Date:  November 17, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 17, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Albert Brotherton      Case Number: 0980 2:12CR06036-EFS-1

Address of Offender:                                            Spokane, Washington 99207

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 26, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 10, 2019) | Prison - 2 months<br>TSR - 46 months | |
| Revocation Sentence:<br>(July 30, 2019) | Prison - Time Served<br>TSR - 42 months | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: July 31, 2019 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: January 30, 2023 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/21/2020, 10/29/2020 and 11/05/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to attend substance abuse treatment sessions on November 10, November 12, 2020, and November 16, 2020. |

Prob12C
**Re: Brotherton, Christopher Albert**
**November 17, 2020**
Page 2

On September 27, 2019, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must comply with the requirements of his substance abuse program.

On November 10, 2020, the probation officer received notification from Pioneer Human Services indicating Mr. Brotherton failed to attend his virtual group treatment session on this same date. When questioned by this officer, the offender stated he could not locate his phone.

On November 12, 2020, the probation officer received notification from Pioneer Human Services indicating Mr. Brotherton failed to attend his virtual group treatment session on this same date. When questioned by this officer, the offender stated he was at his roommate's girlfriend's house and she had a medical emergency.

On November 16, 2020, the probation officer received notification from Pioneer Human Services indicating Mr. Brotherton failed to attend his virtual group treatment session on this same date. The probation officer left a voice mail for the offender to address the missed treatment session; however, as of this writing, he has not responded.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     November 17, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

*Edward F. Shea*

Signature of Judicial Officer

November 17, 2020

Date