PROB 12C
(6/16)

Report Date: December 16, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2020

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Christopher Albert Brotherton    Case Number: 0980 2:12CR06036-EFS-1

Address of Offender:    Spokane, Washington  99202

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 26, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 10, 2019) | Prison - 2 months<br>TSR - 46 months | |
| Revocation Sentence:<br>(July 30, 2019) | Prison - Time Served<br>TSR - 42 months | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: July 31, 2019 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: January 30, 2023 |

## PETITIONING THE COURT

To issue a **warrant** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/21/2020, 10/29/2020, 11/5/2020 and 11/17/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 5, by failing to notify the probation officer of his change in residence on or about December 4, 2020.<br><br>On September 27, 2019, the offender's conditions of supervision were reviewed and he |

Prob12C
# Re: Brotherton, Christopher Albert
**December 16, 2020**
**Page 2**

    signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must live at his approved residence and must notify the probation officer regarding any changes to his residence.

    On December 4, 2020, Mr. Brotherton reported that he was moving to a new residence located at 2323 East Hartson Avenue, Spokane, Washington. He further stated that the residence was owned by Pura Vida, a non-profit agency that provides clean and sober housing and support for those addicted to controlled substances. On this same date, the probation officer confirmed this information with the program's director.

    On December 15, 2020, the undersigned contacted Shawn Kingsbury, founder of Pura Vida. He confirmed that Mr. Brotherton was supposed to move to the aforementioned address, however, he has failed to stay there.

8    **Special Condition #4**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

    **Supporting Evidence**: The offender is alleged to have violated special condition number 4, by failing to attend substance abuse treatment sessions on November 10, 12, 16, 24 and 30, and December 1, 7, 8, 10, 14, and 15, 2020.

    On September 27, 2019, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must comply with the requirements of his substance abuse treatment program.

    The probation officer received email correspondence from Pioneer Human Services indicating Mr. Brotherton failed to attend required substance abuse treatment sessions on November 10, 12, 16, 24, and 30, and December 1, 7, 8, 10, 14, and 15, 2020.

        9        **Special Condition # 5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

                 **Supporting Evidence**: The offender is alleged to have violated special condition number 5, by failing to report to Pioneer Human Services for urinalysis testing on December 1, 2020.

                 On September 27, 2019, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements. Specifically, he was made aware by the U.S. probation officer that he must submit to urinalysis and sweat patch testing, as directed by the supervising officer.

                 On December 2, 2020, the probation officer received notification from Pioneer Human Services indicating Mr. Brotherton failed to report for urinalysis testing on December 1, 2020.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **warrant**.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 16, 2020

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

December 16, 2020

Date