PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: May 25, 2021

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 25, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Christopher Albert Brotherton | Case Number: 0980 2:12CR06036-EFS-1 |
| Address of Offender | Kennewick, Washington 99336 |

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: June 26, 2013

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm and Ammunition, 18 U.S.C. § 922 (g)(1) | |
| Original Sentence: | Prison - 92 months<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(January 10, 2019) | Prison - 2 months<br>TSR - 46 months | |
| Revocation Sentence:<br>(July 30, 2019) | Prison - Time Served<br>TSR - 42 months | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: July 31, 2019 |
| Defense Attorney: | Lorinda Youngcourt | Date Supervision Expires: January 30, 2023 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/21/2020, 10/29/2020, 11/5/2020, 11/17/2020 and 12/16/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by possessing a controlled substance, methamphetamine, on or about May 19, 2021.<br><br>On September 27, 2019, the offender's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.  Specifically, he was made aware by the U.S. probation officer that he must not unlawfully possess a controlled substance. |

Prob12C
**Re: Brotherton, Christopher Albert**
May 25, 2021
Page 2

On May 19, 2021, Mr. Brotherton was arrested by the Kennewick Police Department on his outstanding federal warrant. According to incident report number 21-19475, a small plastic bag containing a white crystal-like substance was located in the offender's front pocket. The substance tested presumptive positive for methamphetamine and Mr. Brotherton admitted the plastic bag contained said substance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 25, 2021

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

### THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Edward F. Shea*

Signature of Judicial Officer

May 25, 2021

Date